(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) __Earl L Warren-224512__
(Name of Plaintiff)    (Inmate Number)

__P.O. Box 9561 - 19809__
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __John S. Edinger__
(2) __GeorGJani Stanly__
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__07 - 175__
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

Jury Trial Requested     -07- 17.

FILED

MAR 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__(1983) 1:07 cv 108    2007 (GMS)__

_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ··Yes  ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ··Yes  ··No

C. If your answer to "B" is <u>Yes</u>:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is <u>No</u>, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: John S. EDinger
    Employed as Public defender at STAte of DelAwAre
    Mailing address with zip code: 820 n french Street
    Wilmington DE 19801

(2) Name of second defendant: GeorGJani Stanly
    Employed as probation officer at probation & parole (wilm.)
    Mailing address with zip code: 1601 Pine Street
    Wilmington DE 19802

(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. John S. EDinger is clearally not in my Best interest. He wonT File know motions, motions to Supress motions for Bail reduction. He don't return letters nothing. He clearally states

2. on dates 1-29-07 He don't care about me or my case. we Have serious Conflict of interest. This guy states 1-29-07 He's not gone help me.

3. The reason I'm filing A second 1983 is because I don't think I Based Enough Facts AND wasen't Clear on my Events. I need the Court to understand The Serious Effects of my Ex probation officer had on me. I want the court

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would Like the court to Asign me A court Appointed Attorney that will help me, AND to never Let the public Defender office repersent me in future cases. (relief) (2) To be Exonerrated

3

2. on Existening Chargers.
_____
_____
_____
_____
_____

3. _____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of __March__, 2_007_.

_____Earl Warne_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

to know that Georgjani Stanly that what she did to me isn't frivolous or malice, well it's very clear it was malice on her part. Her soul intention was to bring me nothing but harm, grief and great suffering. Ms. Stanly played a key roll in useing her power of authority over me by manipulateing the system through her ties with the court system and the department of corrections. Ms Stanly had this whole thing premeditated from day one, when she took over my case. I want the court to understand this lady wasn't even my original probation officer. She wasn't even my probation officer for a good week before she violated me on false pretenses, by misleading to court on grounds I didn't complete anger manegment. For the court records I myself offerd to do anger manegment. So it was know particular time fram for me to sign up, as long as I signed up before my 6 months was up. I was sentenace to 6 months level 2 probation on 10-19-05. As for the record for the court through the Delaware Psychiatric Center I've been set up with a community based mental health program

Since 2004. The name of the program is the Horizon House Through Superior Court records I'm already diagnosed with hearing voices. getting to my case and point on 11-21-05 I'm sent to S.V.O.P for a proid of 30 days on 12-19-05 by CCP records, I was to be sent to Webb Correctional for a Mental Health Evaluation this is where Ms. Stanly still had her influence in on my case. Insted of DOC Transfering me to Webbs DOC Transferd me to Mitchell Building Down D.P.C a Level 5 Facility on Fake pretenses. There never was a Evaluation Done on me, well put it like this I wasn't present when it was Done. All this took place 12-19-05. on 12-21-05 I was questioned about a Sexaul Assault, I was never charged in till 10-12-06 Almost a year Later. The whole crazy part about this Situation is I never was suppose to been Locked up.

```
                    COURT OF COMMON PLEAS CRIMINAL DOCKET              Page    2
                            ( as of   02/13/2007 )

State of Delaware v.  EARL L WARREN                        DOB: 07/05/1969
State's Atty: , Esq.                       AKA: EARL WARREN
Defense Atty:                                   CURTIS WILLIAMS

          Event
No.       Date          Event                                      Judge
---------------------------------------------------------------------------
          MOTION WITHDRAWN; REQUESTED BY PUBLIC DEFENDANT.
          DEFENDANT NOT INCARCERATED.
          08/10/2005
            NON JURY TRIAL CONTINUED DEFENDANT'S REQUEST
          08/10/2005
            CASE CONTINUED TO    AT
          10/19/2005
            NON JURY TRIAL SCHEDULED FOR 10/19/2005 AT 08:30 AM
          10/20/2005                                           WELCH JOHN K.
            DEFENDANT CHANGED PLEA TO GUILTY ON ASSAULT 3RD,
            RESIST ARREST-NOLP
          10/20/2005                                           WELCH JOHN K.
            SENTENCE:    100+C+18%, L-5 90 DAYS SUSPENDED FOR L-2 6 MONTHS,
            COMPLETE  ANGER MANAGEMENT COURSE, NO CONTACT WITH MICHAEL WILLIAMS
            NOT TO BE WITHIN 100 YARDS
          11/22/2005
            CAPIAS RECALLED
          11/22/2005
            CAPIAS RETURNED ON 11/22/2005 AT 01:30 PM
          11/22/2005
            CASH BAIL  5,000.00 100%
          11/22/2005
            VIOLATION OF PROBATION SCHEDULED ON 01/20/2006
            AT 08:30 AM
          12/16/2005
            CAPIAS RECALLED
          12/16/2005
            CAPIAS RETURNED ON 12/16/2005 AT 01:30 PM
          12/16/2005
            DOCKET: CAPIAS RECALLED, BAIL REMAINS SAME. VOP 1/20/06 AT 8:30 (JW)
            PER LISA @ SCI RECORDS, DEFT SENT TO WEBB CORRECTIONAL ON 12/19 FOR A
            MENTAL HEALTH EVAL.
          01/20/2006
            VIOLATION OF PROBATION HEARING CONTINUED TO 02/03/2006
              AT  08:30 AM.   JUDGE WELCH HAS FILE
          02/03/2006
            VIOLATION HEARING CONTINUED INDEFINITELY PER JUDGE WELCH
          02/14/2006
            VIOLATION OF PROBATION SCHEDULED ON 02/17/2006
            AT 08:30 AM
          02/17/2006                                           WELCH JOHN K.
            FOUND IN VIOLATION AND PROBATION TERMINATED (DISCHARGED)
```