5-2-07

To U.S. District Court

From: Earl Warren    1:07-175-GMS
#224-512

I'm writing the court for assistance. Howard R. Young CI Busines office. is not responding to my request for my Account Transactions for the Last 6 months. They Know I have a Dead Line so they play this little game. in the Last 2½ weeks Every since I received my notice from the Court I've been requesting Account History. So with All respect do to the Court please grant me Forma Pauperis I have Know money, I own nothing. my Soul income in Society was (SSI.) My grandmother who is retired and now on a fixed income she sends me money when she can. This is my Second Letter to the court requesting Assistance.

Thank you.
For your time
E. Warren

07cv175GMS

FILED
MAY -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RG scanned



PO Box 9561
Wilm DE 19809

WILMINGTON DE 197
03 MAY 2007 PM 1 T

Clerk
U.S. District Court (LockBox 18)
844 N. King Street
Wilmington DE 19801

U.S.M.
X-F