IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARL WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-175-GMS |
| | ) |
| PUBLIC DEFENDER JOHN S. EDINGER and GEORGJANI STANLY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Earl Warren ("Warren"), who proceeds *pro se*, was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on April 9, 2007 (D.I. 4);

WHEREAS, the April 9, 2007 order provided that Warren was to submit his prison trust account statement within thirty days or face dismissal;

WHEREAS, on May 2, 2007, Warren submitted a letter to the court indicating he was having difficulty obtain the prison trust account statement and which the court construes as a motion for extension of time (D.I. 5);

THEREFORE, at Wilmington this 10th day of May, 2007, IT IS HEREBY ORDERED that the motion for extension of time (D.I. 5) is **granted** and Warren is given an additional thirty days from the date of this order to submit his prison trust account statement. **Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

UNITED STATES DISTRICT JUDGE

FILED

MAY 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE