IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARL WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-175-GMS |
| | ) |
| PUBLIC DEFENDER JOHN S. EDINGER | ) |
| and GEORGJANI STANLY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Earl Warren ("Warren"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 11, 2007, the court entered an order granting Warren an extension of time to submit, within 30 days from the date of the order, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 6);

WHEREAS, to date, the required documents have not been received from Warren;

THEREFORE, at Wilmington this 18 day of June, 2007, IT IS HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE for failure to comply with the May 11, 2007 order.

_____
UNITED STATES DISTRICT JUDGE



FILED

JUN 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE